JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUNG VAN TRIEU,<br><br>               Petitioner,<br><br>    v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>           Respondents. | Case No. 5:26-cv-01653-MBK<br><br>JUDGMENT |

Pursuant to the Court's Order Granting Petition for Habeas Corpus, IT IS ADJUDGED that the petition is GRANTED.

Dated: April 17, 2026

_____
HON. MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE